KADAR BESHAROV and NAUM BESHAROV, Appellants, v. WILLIAM TARZY, Respondent.— In an action brought by the plaintiff wife to recover damages for personal injuries sustained in an automobile accident, and by her husband for loss of services, judgment entered in favor of the defendant upon a verdict of a jury and order denying plaintiffs' motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

MARIE BONAMI, Respondent, v. GEORGE BONAMI, Appellant.— Order denying defendant's motion to vacate the order directing the payment of alimony and counsel fee, as well as orders punishing for contempt for his defaults thereunder, and an order of commitment and warrant of commitment, affirmed, with ten dollars costs and disbursements. No opinion. The action should be tried without further delay. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

MAE BOOKER, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— In an action for double indemnity under two policies of insurance issued by defendant, order of Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Richmond, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

LILLIAN BRAUN, an Infant, by MAX BRAUN, Her Guardian ad Litem, and MAX BRAUN, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— In an action by the infant plaintiff to recover damages for injuries alleged to have been sustained through the negligence of defendant in maintaining a defective and dangerous seat in a classroom, and by her father to recover for loss of services, order granting plaintiffs' motion to examine defendant before trial, through one of its teachers, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

EDITH BRAUN, Respondent, v. WILLIAM GILL and Another, Appellants.— Order denying defendants' motion in a personal injury action for a further examination of the plaintiff pursuant to section 306 of the Civil Practice Act, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

ANGELO BRIENZA, Respondent, v. UNITY AMUSEMENT CORPORATION, Appellant. — Order denying on condition defendant's motion to dismiss the action for failure to prosecute reversed on the law, without costs, and motion granted, without costs. No affidavit of plaintiff was submitted on the motion. There is not an adequate showing of merits, nor does the nature or extent of plaintiff's injuries appear. In view of the statement in plaintiff's attorney's affidavit as to plaintiff's impoverished condition, he should have applied to sue as a poor person. In our opinion it was an improper exercise of discretion to deny the motion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.